Bradly M. CUNNINGHAM,
Plaintiff–Appellant,

v.

James SCHARF; P. Skovold; Mindy
Richardson, Defendants–
Appellees.

No. 97–36011.
D.C. No. CV–96–01678.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 12, 2001 [1].

Decided March 29, 2001.

Before LEAVY, THOMAS, and
RAWLINSON, Circuit Judges.

MEMORANDUM [2]

Bradly Cunningham, an Oregon state prisoner, appeals pro se from the district court's judgment dismissing with prejudice his 42 U.S.C. § 1983 action for failure to state a claim. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo and affirm. *See Barnett v. Centoni,* 31 F.3d 813, 816 (9th Cir.1994) (per curiam); *see also* Wash.Rev.Stat. § 4.24.470.

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, we deny appellant's request for oral argument.

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

